**Sherman Clayton MONTGOMERY, Plaintiff—Appellant,**

v.

**Geneva BERRY; Katherine Flanagan; Glenn Earl Williams; Chanson Albert Devaul; Renoice Stancil; Haque Etheshamul; Nurse Vankern; R. Davidson, Nurse Practitioner, Defendants—Appellees.**

No. 05–7641.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 26, 2006.

Sherman Clayton Montgomery, Appellant Pro Se. Joseph Edward Elder, North Carolina Department of Justice, Raleigh, North Carolina; Elizabeth P. McCullough, Young, Moore & Henderson, PA, Raleigh, North Carolina; Walter Gregory Merritt, Harris, Creech, Ward & Blackerby, New Bern, North Carolina; Dana Hefter Davis, Raleigh, North Carolina, for Appellees.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

PER CURIAM:

Sherman Clayton Montgomery appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Montgomery v. Berry,* No. CA–04–210 (E.D.N.C. Sept. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*